JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Kevin Cox | ) | |
|         Plaintiff, | ) | 2:19-cv-09079-RSWL-FFMx |
|   v. | ) | |
| Primos Liquor, Inc. et al | ) | ORDER DISMISSING CASE |
| | ) | |
|         Defendant. | ) | |

    On April 3, 2020, the Court ordered counsel to Show Cause why this action should not be dismissed for lack of prosecution.  Defalut had been entered upon defendant on February 5, 2020.  To date, counsel has not complied with the Order to Show Cause.

    Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice for failure to prosecute and failure to obey an order of this Court.  The Clerk of the Court is directed to close the file.

    IT IS SO ORDERED.

Dated: April 10, 2020                s/ RONALD S.W. LEW
                                        HONORABLE RONALD S. W. LEW
                                        U.S. District Judge